IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GEORGE L. GARCIA,**

      **Petitioner,**

v.                                              **Case No. 4:13cv35-MW/CAS**

**JULIE L. JONES,**

      **Respondent.**

_____/

**ORDER ACCEPTING
REPORT AND RECOMMENDATION[1]**

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.12, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 21.   Accordingly,

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion.   The Clerk shall enter judgment stating, "Petitioner's Amended Petition under 28 U.S.C. § 2254, ECF No. 6, is

---

[1] While Petitioner appealed the Magistrate's Report and Recommendation, ECF No. 14, he now admits error in the filing of the notice and has filed a dismissal of the appeal.  ECF No. 20. In any event, this Court is not divested of jurisdiction and thus issues this order which is subject to appeal.

1

**DENIED**.   A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is **DENIED**."   The Clerk must close the file.

**SO ORDERED on April 8, 2015.**

s/Mark E. Walker<br>
**United States District Judge**